UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| VERNELUS EUJERSON | CIVIL ACTION NO. 11-CV-0851"P" |
| VERSUS | JUDGE TUCKER L. MELANÇON |
| WARDEN VIATOR, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, it is therefore

**ORDERED** that the government's motion to dismiss [Rec. Doc. 11] be **GRANTED**.

**IT IS FURTHER ORDERED** that Eujerson's petition for writ of *habeas corpus* [Rec. Doc. 1] be **DISMISSED WITHOUT PREJUDICE**, as moot.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, this 6th day of February, 2012.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE